IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Carolyn Elizabeth Reinholdt - # 178496
_____/

## ORDER TO SHOW CAUSE

It appearing that Carolyn Elizabeth Reinholdt has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that she may not practice law while so enrolled effective October 14, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why she should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Carolyn Elizabeth Reinholdt
Attorney At Law
P.O. Box 720171
San Francisco, CA 94172