IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV 09 80343 MISC VRW

Carolyn Elizabeth Reinholdt,
                                        ORDER
State Bar No 178496

_____/

On December 17, 2009, the court issued an order to show cause (OSC) why Carolyn Elizabeth Reinholdt should not be removed from the roll of attorneys authorized to practice law before this court, based upon her inactive enrollment by the State Bar of California pursuant to Rule 9.21 of the California Rules of Court. The State Bar web site now indicates that Ms Reinholdt has tendered her resignation with charges pending effective October 14, 2009.

The OSC was mailed to Ms Reinholdt's address of record with the State Bar on December 22, 2009. A written response was due on or before February 5, 2010. No response to the OSC has been filed as of this date.

The court now orders Carolyn Elizabeth Reinholdt removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CAROLYN E. REINHOLDT

State Bar No. 178496

_____/

Case Number: CV09-80343 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carolyn Elizabeth Reinholdt
P.O. Box 720171
San Francisco, CA 94172

Dated: March 8, 2010

Richard W. Wieking, Clerk

*[signature]*
By: Frank Justiliano, Deputy Clerk